UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                            Case No. 19-cr-20190
                                            Hon. Matthew F. Leitman

BRANDON M. EDWARDS,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTIONS FOR COMPASSIONATE RELEASE (ECF Nos. 24, 26, 33)

Defendant Brandon M. Edwards is a federal prisoner incarcerated at FCI Milan in Milan, Michigan. In 2019, this Court sentenced Edwards to 24 months in custody in connection with his conviction for being a felon in possession of a firearm. (*See* Judgment, ECF No. 19, PageID.91.) He began serving his sentence on or about June 30, 2020.

On October 16, 2020, Edwards filed a motion for compassionate release. (*See* Mot., ECF No. 24.) Edwards filed two additional motions for compassionate release on October 20, 2020, and November 10, 2020. (*See* Mots., ECF Nos. 26, 33.) The Court held a video hearing on Edwards' motions on January 5, 2021. (*See* Notice of Hearing, ECF No. 38.) For the reasons stated on the record during the motion hearing, Edwards' motions are **GRANTED**.

1

The custodial portion of Edwards' sentence is reduced to time served. He shall immediately be released from custody. Upon his release, Edwards shall travel directly by automobile to his home. Edwards and all others with him in the automobile shall wear face masks during the drive. For the first 14 days after Edwards arrives at his home, he shall remain inside his house. And for the same 14-day period, he shall quarantine within the house – meaning he shall remain in a room that is separate and apart from all other residents of the house to the extent possible. And when, during the 14-day quarantine period, it is unavoidable for Edwards to be in a separate room, he shall wear a face mask. Finally, Edwards shall contact his supervising probation officer within 48 hours after he first arrives at home.

Also, upon Edwards's release from custody, he shall immediately begin serving the two years of supervised release that the Court imposed in Edwards' Judgment. (*See* Judgment, ECF No. 19, PageID.92.) The Court adds as a condition of that supervised release that Edwards shall be subject to home confinement (with location monitoring) at his residence for a period of 10 months. The supervising probation officer assigned to Edwards' case shall choose the location monitoring equipment. The Court will waive the costs of monitoring due to Edwards' indigence. During this period of home confinement, Edwards shall not leave his residence other than for employment or to look for employment, religious services, educational programming, medical appointments, substance abuse and/or mental health

treatment programs, appointments with counsel, and/or other activities approved in advance by his supervising probation officer. (Edwards may not leave his residence at all during the initial 14-day quarantine period, except in the case of a medical emergency.) In all other respects, Edwards' original sentence remains unchanged.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 5, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 5, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761